UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

        Plaintiff,

-against-

ROLFI RAMON DE AZA DE LEON, et al.,

        Defendants.

**ORDER**

23-CV-01112 (PMH)

PHILIP M. HALPERN, United States District Judge:

Zuffa, LLC ("Plaintiff") initiated this action by filing a complaint on February 9, 2023. (Doc. 1). On March 6, 2023, Plaintiff filed affidavits of service, indicating service of the summons and complaint on Defendants. (Doc. 11, Doc. 12). Plaintiff thereafter obtained Clerk's Certificates of Default on March 29, 2023. (Doc. 15, Doc. 16). There has been no activity on the docket since the filing of the Clerk's Certificates of Default.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by June 2, 2023. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
      May 2, 2023

_____
Philip M. Halpern
United States District Judge