UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

                  Plaintiff,

-*against*-

ROLFI RAMON DE AZA DE LEON, Individually, and as officer, director, shareholder and/or principal of RESTAURANT BOCA MARINA INC. d/b/a EL COLMADITO RESTAURANT LOUNGE,

and

RESTAURANT BOCA MARINA INC. d/b/a EL COLMADITO RESTAURANT LOUNGE,

                  Defendants.

Civil Action No.
7:23-cv-01112PMH

---

> Motion denied without prejudice for failure to comply with the Court's Individual Practices Rule 4(B) and Attachment A. The Court further notes Plaintiff's failure to comply with the deadline for this motion set forth in the Court's prior order (Doc. 17). Plaintiff shall file its proposed order to show cause and the papers upon which it is based, in accordance with the Court's Individual Practices, by 6/22/2023. As set forth in the Court's prior order, failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action under Fed. R. Civ. P. 41(b).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         June 15, 2023

## NOTICE OF MOTION

Plaintiff, ZUFFA, LLC d/b/a Ultimate Fighting Championship, by and through its undersigned counsel, hereby moves this Court for default judgment against Defendants for failing to plead or otherwise appear in the above action. This motion shall be heard on June 30, 2023, or as soon thereafter as counsel may be heard. In making this application, Plaintiff relies on:

1. Plaintiff's Motion for Default Judgment, with Exhibits A-C, Plaintiff's Affidavit in Support, Memorandum of Law in Support, Attorney Affirmation in Support of Costs, and all other pleadings heretofore had in this proceeding,